Dismissed and Memorandum Opinion filed July 14, 2005









Dismissed and Memorandum Opinion filed July 14, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00580-CV

____________

 

JOHN P. WHITE,
Individually and d/b/a TEXAS WINDOW WORKS, Appellants

 

V.

 

SOUTHWESTERN
BELL YELLOW PAGES, INC., Appellee

 



 

On Appeal from the County Civil
Court at Law No. 4

Harris County,
Texas

Trial Court Cause No.
829,977

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed April 27, 2005.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellants did not make arrangements
to pay for the record.  

On June 14, 2005, notification was transmitted to all parties
of the court=s intention to dismiss the appeal for
want of prosecution unless, within fifteen days, appellants paid or made
arrangements to pay for the record and provided this court with proof of
payment.  See Tex. R. App. P. 37.3(b).  Appellants filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 14, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Frost.